

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10601

August 21, 2023

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:    *United States v. Reshma Massarone, a/k/a "Reshma Bhoopersaud,"* 23-MJ-6094

Dear Judge McCarthy:

    The Government writes respectfully to request that the Court unseal the Complaint in the above-captioned matter.

                                Sincerely,

                                DAMIAN WILLIAMS
                                United States Attorney

                       By: _____
                                Jared Hoffman
                                Assistant United States Attorney
                                Southern District of New York
                                (914) 993-1928

cc:  Mark Gombiner, *Counsel for Defendant* (by email)

APPLICATION GRANTED

*Judith C. McCarthy*
Hon. Judith C. McCarthy

8-21-2023